IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03057-BNB

C. ISLAM SHABAZZ,

    Plaintiff,

v.

COMMISION [sic] OF SOCIAL SECURITY,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, C. Islam Shabazz, currently resides in Denver, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a complaint. On December 9, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Shabazz to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The order warned Mr. Shabazz that, if he failed within the time allowed to file an amended complaint that complied with the December 9 order, the complaint and the action would be dismissed without further notice.

    Mr. Shabazz has failed within the time allowed to file an amended complaint as directed or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and file an amended complaint as directed within the time allowed, and for failure to prosecute.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal

from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Shabazz files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, C. Islam Shabazz, within the time allowed, to comply with the order of December 9, 2011, for an amended complaint, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED January 18, 2012, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge